(105 So. 714)

## Ex parte CORNELIUS LUMBER CO. (4 Div. 242.)

(Supreme Court of Alabama. Oct. 15, 1925.)

Certiorari to Court of Appeals.

E. C. Boswell, of Geneva, for petitioner.
H. G. Tiller, of Geneva, opposed.

BOULDIN, J. Petition of the Cornelius Lumber Company for certiorari to the Court of Appeals to review and revise the judgment and

decision of that court in the case of Cornelius Lumber Co. v. Lawhorn-Smith & Co., 105 So. 713.

Petition dismissed under Supreme Court rule 44, Code 1923, vol. 4, p. 894.

ANDERSON, C. J., and SOMERVILLE and THOMAS, JJ., concur.